NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0006192
26-AUG-2014
08:11 AM

NO. CAAP-13-0006192

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee
v. WILLIAM J. AVILLA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-1832)

ORDER APPROVING THE AUGUST 13, 2014
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal" (Stipulation), filed on August 13, 2014 by Defendant-Appellant William J. Avilla, the papers in support, and the record,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, August 26, 2014.

Chief Judge

Associate Judge

Associate Judge